

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-96,528-01

**EX PARTE JAMES AUSTIN BANNISTER, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 19-CRF-0385-2-A IN THE 105TH DISTRICT COURT
## KLEBERG COUNTY

*Per curiam*.  YEARY, J., concurred.

### O P I N I O N

Applicant was convicted of Burglary of a Habitation (count I), Engaging in Organized Criminal Activity (EOCA) (count II), and Theft of a Firearm (counts III–IX).  He was sentenced to 20 years' imprisonment on the burglary, 20 years' imprisonment on EOCA, and 10 years' imprisonment for each count of Theft of a Firearm.  Applicant did not file an appeal in this cause.  Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court.  *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends, among other things, that his plea was involuntary because trial counsel failed to inform him of the plea consequences of the EOCA charge. Based on the record, the trial court has determined that Applicant's plea was involuntary on this basis.

Relief is granted.  *Brady v. United States*, 397 U.S. 742 (1970).  The judgment in cause number 19-CRF-0385-2-A in the 105th District Court of Kleberg County is set aside, and Applicant is remanded to the custody of the Sheriff of Kleberg County to answer the charges as set out in the indictment.  The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: April 23, 2025
Do not publish